**No. 11-6776. Charles Edward Moore, Petitioner v. California.**

565 U.S. 1068, 132 S. Ct. 780, 181 L. Ed. 2d 500, 2011 U.S. LEXIS 8603.

November 28, 2011. Petition for writ of certiorari to the Supreme Court of California denied.

Same case below, 51 Cal. 4th 1104, 127 Cal. Rptr. 3d 2, 253 P.3d 1153.

**No. 11-6778. Ted Klaudt, Petitioner v. Robert Dooley, Warden, et al.**

565 U.S. 1068, 132 S. Ct. 780, 181 L. Ed. 2d 500, 2011 U.S. LEXIS 8622.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

**No. 11-6787. William W. Castle, Petitioner v. Charles L. Ryan, Director, Arizona Department of Corrections, et al.**

565 U.S. 1068, 132 S. Ct. 780, 181 L. Ed. 2d 500, 2011 U.S. LEXIS 8515.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 414 Fed. Appx. 924.

**No. 11-6796. Terrence Patrick Sheehan, Petitioner v. Texas.**

565 U.S. 1068, 132 S. Ct. 781, 181 L. Ed. 2d 500, 2011 U.S. LEXIS 8657.

November 28, 2011. Petition for writ of certiorari to the Court of Criminal Appeals of Texas denied.

**No. 11-6801. Charles Mason, Petitioner v. Salvador A. Godinez, Director, Illinois Department of Corrections, et al.**

565 U.S. 1068, 132 S. Ct. 781, 181 L. Ed. 2d 500, 2011 U.S. LEXIS 8628, ▪▪▪

November 28, 2011. Petition for writ of certiorari to the Appellate Court of Illinois, Fourth District, denied.

Same case below, 405 Ill. App. 3d 1218, 375 Ill. Dec. 707, 997 N.E.2d 1018.

**No. 11-6804. Ray Charles Spivey, Petitioner v. Guy Pierce, Warden.**

565 U.S. 1068, 132 S. Ct. 781, 181 L. Ed. 2d 500, 2011 U.S. LEXIS 8561.

November 28, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 11-6813. Assem A. Abulkhair, Petitioner v. New Century Financial Services, Inc.**

565 U.S. 1068, 132 S. Ct. 782, 181 L. Ed. 2d 500, 2011 U.S. LEXIS 8525, ▪▪▪

November 28, 2011. Petition for writ of certiorari to the Superior Court of New Jersey, Appellate Division, denied.

**No. 11-6826. Thomas Pratt, Petitioner v. Board of Pharmacy, et al.**

565 U.S. 1069, 132 S. Ct. 782, 181 L. Ed. 2d 500, 2011 U.S. LEXIS 8639.

November 28, 2011. Petition for writ of certiorari to the Court of Appeal of California, Third Appellate District, denied.